**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Wally BOREK, Appellant.**

No. 71-2041.

United States Court of Appeals, Ninth Circuit.

Dec. 10, 1971.

James F. McAteer (argued), of Lenihan, Ivers Jensen & McAteer, Seattle, Wash., for appellant.

Douglas D. McBroom, Asst. U. S. Atty. (argued), Stan Pitkin, U. S. Atty., Stuart F. Pierson, Asst. U. S. Atty., Seattle, Wash., for plaintiff-appellee.

Before CHAMBERS, CARTER and WRIGHT, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

The main point is entrapment as a matter of law. The trial judge found against the defendant. The issue was then submitted to the jury, which obviously found against him.

See Sherman v. United States, 356 U.S. 369, 78 S.Ct. 819, 2 L.Ed.2d 848; United States v. Tatar, 9 Cir., 439 F.2d 1300; and Greene v. United States, 9 Cir., 454 F.2d 783 (filed November 23, 1971).